FRANCES HERRON, Appellant, *v.* THE COLUMBUS TRUST COMPANY, Respondent.

(Argued January 6, 1936; decided January 28, 1936.)

*A. H. F. Seeger* for motion.

*Henry Hirschberg* opposed.

Motion granted and appeal dismissed, without costs.